**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

George Lewis Higgins, III
Attorney at Law
P. O. Box 3370
Pineville LA 71361-3370

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on September 23, 2020

**REHEARING ACTION: September 23, 2020**

**Docket Number: 19   00852-CA**

**CINDY SHIRLEY MCCONNELL**
**VERSUS**
**STATE OF LOUISIANA,DEPT. OF SOCIAL SERVICES**

**Appealed from Rapides Parish Case No. 223,844**

<u>**BEFORE JUDGES**</u>**:**

  **Hon. Elizabeth A. Pickett**
  **Hon. John E. Conery**
  **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cindy Shirley McConnell** has this day been

   **DENIED.**

cc: Jumoke J. Dara, Counsel for the Appellee